IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03348-MEH

ARDEN B. MORROW,

    Plaintiff,

v.

CALICO RESOURCES CORP.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 18, 2014.**

    Plaintiff's Unopposed Motion for Continuance of the Rule 16(b) Scheduling Conference [filed December 17, 2014; docket #11] is **granted**.  The Scheduling Conference currently set for January 22, 2015 is **vacated and rescheduled** to **January 28, 2015**, at **10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.  All other aspects of this Court's December 11, 2014 order remain in effect.

    In addition, in light of the amended motion filed minutes later, Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [filed December 17, 2014; docket #9] is **denied** as moot.