IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  14-cv-03348-MEH

ARDEN B. MORROW,

 Plaintiff,

v.

CALICO RESOURCES CORP.,

 Defendant.

## FINAL JUDGMENT

 PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Magistrate Judge Michael E. Hegarty on February 9, 2015, and incorporated herein by reference as if fully set forth, it is

 ORDERED that Amended Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED.  It is

 FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Calico Resources Corp., and against Plaintiff, Arden B. Morrow.  It is

 FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED without prejudice.

 DATED at Denver, Colorado this  9th  day of February, 2015.

         FOR THE COURT:

         JEFFREY P. COLWELL, CLERK

s/ S. Libid  
S. Libid,  
Deputy Clerk